# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH, | Case No. 1:18-cv-00851-LJO-BAM (PC) |
| Plaintiff, | ORDER LIFTING STAY OF PROCEEDINGS AND RESETTING DEADLINE FOR FILING OF RESPONSIVE PLEADING |
| v. | |
| KNOWLTON, | **TWENTY-ONE (21) DAY DEADLINE** |
| Defendant. | |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendant Knowlton for excessive force in violation of the Eighth Amendment.

On June 5, 2019, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before a responsive pleading was filed.

A settlement conference before Magistrate Judge Stanley A. Boone was held on July 12, 2019. (ECF No. 27.) The Court is informed that the case did not settle. This case is now ready to proceed.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1.      The stay of this action (ECF No. 22) is LIFTED; and

2.      Defendant shall file a responsive pleading within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   __**July 15, 2019**__                    ___/s/ _Barbara A. McAuliffe___

UNITED STATES MAGISTRATE JUDGE