

FILED

JUL 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>KNOWLTON,<br><br>  Defendant. | Case No.: 1:18-cv-00851-LJO-BAM (PC)<br><br>ORDER THAT INMATE LAWRENCE CHRISTOPHER SMITH IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Lawrence Christopher Smith is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on July 12, 2019. Inmate Lawrence Christopher Smith, CDCR #F-29502, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 7/12/19

_____
UNITED STATES MAGISTRATE JUDGE